WEAN, Respondent, v. HAYES, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Pearl Wean, an infant, etc., against George Hayes.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that it is apparent from the grossly excessive verdict of the jury that the improper and inflammatory remarks and statements of plaintiff's counsel, many of which were without support in the evidence, were prejudicial to the rights of defendant and present reversible error.

KRUSE, J., dissents.

WEEKS, Respondent, v. KRAFT et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 12, 1912.) Application of W. Holden Weeks against John E. Kraft and others, constituting the Civil Service Commission of the State of New York. No opinion. Motion denied. See, also, 132 N. Y. Supp. 228.

WEINER, Appellant, v. WEINER, Respondent. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by Annie Weiner against Max Weiner. A. L. Kalman, for appellant. A. P. Wilkes, for respondent.

PER CURIAM. Judgment affirmed. Order filed.

CLARKE, J., dissents.

WEINMAN v. SHEA. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by Julius Weinman against John B. Shea.. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

WEINMAN, Appellant, v. SHEA, Respondent. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Julius Weinman against John S. Shea, individually, etc. B. E. Kopelman, for appellant. W. Chilvers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

WELCH, Appellant, v. GRAHAM et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Joseph J. Welch against Archibald M. Graham and others.

PER CURIAM. Judgment (124 N. Y. Supp. 945) affirmed, with costs.

SPRING and WILLIAMS, JJ., dissent.

WELTS, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Harry J. Welts against Joseph C. Anderson, as executor, etc.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence, and that the court committed reversible error in striking out the previous bills.

WHITE v. KENNY. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by William E. White against William F. Kenny. No opinion. Motion denied, with $10 costs. Order filed. See, also, 131 N. Y. Supp. 416.

WHITE, Respondent, v. ROCHESTER COMPOSITE BRICK CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Bert P. White against the Rochester Composite Brick Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents.

WHITTLESEY, Appellant, v. PHILIP BECKER & CO., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Frederick Whittlesey, as trustee, etc., against Philip Becker & Co. No opinion. Judgment affirmed, with costs. See, also, 142 App. Div. 313, 126 N. Y. Supp. 1046; 143 App. Div. 920, 127 N. Y. Supp. 1150.

WIEBALK, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by Emma D. Wiebalk, as administratrix, etc., of Claus H. Wiebalk, deceased, against the City of New York. No opinion. Motion granted, without costs. See, also, 131 N. Y. Supp. 1150.

WILCOX, Appellant, v. SUPREME COUNCIL OF ROYAL ARCANUM, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Mary Clara Wilcox against the Supreme Council of the Royal Arcanum.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision therein, the said appeal is hereby ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 66 Misc. Rep. 253, 123 N. Y. Supp. 83.

KRUSE, J., sitting.

WILEY, Respondent, v. BOROUGH DEVELOPMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Della C. Wiley against the Borough Development Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.